**Mario GRIFFITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 73668.

Missouri Court of Appeals,
Western District.

June 19, 2012.

Margaret Johnston, Columbia, MO, for Appellant.

Evan Buchheim, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Mario Griffith appeals the denial of a post-conviction relief motion under Rule 29.15. He claims that trial counsel was ineffective for failing to object to certain testimony.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

---

**Regina THOMAS, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

No. WD 74005.

Missouri Court of Appeals,
Western District.

June 19, 2012.

Regina Thomas, Kansas City, MO, Appellant Acting Pro Se.

Larry Ruhmann, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Regina Thomas appeals an order of the Labor and Industrial Relations Commission dismissing her application for review of a decision by the Appeals Tribunal that affirmed a Division of Employment Security deputy's denial of unemployment benefits. We affirm. Rule 84.16(b).